IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )     CRIMINAL ACTION NO.
    v.                        )        2:21cr190-MHT
                              )             (WO)
GARREN CHARLES ROGERS         )
```

SUPPLEMENTAL ORDER ON SPECIAL CONDITIONS
OF SUPERVISED RELEASE

In accordance with the provisions of the judgment of conviction, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Within 45 days of his release from custody, arrange for defendant Garren Charles Rogers to receive a thorough mental-health evaluation to determine whether mental-health treatment is recommended to assist him with complying with the conditions of supervised release and becoming a productive member of society; and, upon completion, file the report of the evaluation on the docket under seal.

(2) Arrange for defendant Rogers to receive any recommended treatment.

    (3) Arrange for defendant Rogers to participate in a substance-abuse treatment program as appropriate.

    DONE, this the 20th day of April, 2022.

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**